Evan S. Goldstein (#011866)
Christi A. Woods (#022770)
HERMAN | GOLDSTEIN
1850 East Thunderbird
Phoenix, Arizona 85022
(602) 569-8200
egoldstein@hgfirm.com
cwoods@hgfirm.com
meo@hgfirm.com

*Attorneys for Defendant Encompass Ins.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CHERYL LEGER and LARRY LEGER, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA, a property & casualty insurer; JOHN DOES I-X; JANE DOES I-X; ABC-XYZ CORPORATIONS; BLACK AND WHITE PARTNERSHIPS,<br><br>Defendant. | Case No.:  CV2013-003897<br><br>**NOTICE OF REMOVAL FROM STATE COURT** |

Defendant Encompass Insurance Company of America, through undersigned counsel, hereby gives notice that it has removed this case from the Maricopa County Superior Court to this court pursuant to 28 U.S.C. §§ 1441 and 1446, and Arizona District Court Local Rule 3.7, based on diversity of citizenship under 28 U.S.C. § 1332(a)(1).

1. This lawsuit arises out of the alleged breach of the contract and Tort Non Motor Vehicle.

2. Plaintiffs filed their Complaint in the Maricopa County Superior Court on April 5, 2013.  This action was titled *Cheryl Leger and Larry Leger, Plaintiffs, v.*

1

*Encompass Insurance Company, Defendant*, Case No. CV2013-003897. The Complaint alleges Tort, breach of contract and Bad Faith.

3. Plaintiffs are residents of Maricopa County, Arizona. See copy of Plaintiff's Complaint ¶ 1, attached hereto as **Exhibit A**.

4. Defendant are foreign corporations and engage in the insurance business throughout the State of Arizona.

5. Complete diversity exists under 28 U.S.C. § 1332(a)(1) because Plaintiffs are citizens of Arizona and Defendant is a foreign corporation licensed outside of the state of Arizona.

6. Plaintiffs allege an unstated amount of damages for general and special damages which are alleged to be in excess of $75,000. In addition to these compensatory damages, plaintiffs' seeks taxable cost and interest.

7. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. Accordingly, this court has jurisdiction pursuant to 28 U.S.C. § 1332.

8. Plaintiffs served Defendant on July 16, 2013 by Acceptance and Waiver of Service accepted by Timothy O'Connor, of the Schneider & Onofry, P.C., defense counsel in the underlying uninsured motorist claim. Defendant removed this lawsuit within 30 days of service. Therefore, the Notice of Removal is timely pursuant to U.S.C. § 1446(b).

9. Defendant have provided a copy of this Notice of Removal to Plaintiffs and has filed a copy of the Notice of Removal with the Clerk of the Maricopa County Superior Court, pursuant to 28 U.S.C. § 1446(d) and Arizona District Court local Rule 3.7. **Exhibit B** is a copy of the Notice of Removal that Defendant have filed with the Arizona Superior Court.

10. Pursuant to 28 U.S.C. § 1446(a) and Arizona District Court Local Rule 3.7, Defendant have attached copies of all process, pleadings and orders served upon

them and all pleadings filed by all parties with the Maricopa County Superior Court prior to this Notice of Removal, including the Acceptance and Waiver of Service and Complaint.  **Exhibit C** is a copy of these documents.  **Exhibit D** is attorney Christi A. Woods' Affidavit that to the best of her knowledge and belief, Exhibit C contains true and complete copies of all documents filed in the state court proceedings.

RESPECTFULLY SUMBITTED this 29th day of July, 2013.

HERMAN | GOLDSTEIN

By: _/s/*Christi A. Woods*
Evan S. Goldstein
Christi A. Woods
1850 East Thunderbird
Phoenix, Arizona  85022
*Attorneys for Defendant Encompass*

The foregoing EFiled
This 29th day of July, 2013,
with the:

Clerk of the Court
United States District Court
District of Arizona

And a copy mailed to:

Paul J. Sacco
LAW OFFICES OF PAUL J. SACCO, P.C.
4500 South Lakeshore Drive, Suite 540
Tempe, Arizona 85282
*Attorneys for Plaintiffs*

By _/s/ Diane Arroyo
Encompass/BF/Leger/Pldgs