IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl Leger and Larry Leger, husband and wife,<br><br>        Plaintiffs,<br><br>vs.<br><br>Encompass Insurance Company of America, a property & casualty insurer,<br><br>        Defendant. | No. CV-13-1538-PHX-LOA<br><br>**ORDER** |

    Pursuant to the parties' stipulation and good cause appearing,

    **IT IS ORDERED** that this action is **REMANDED** to the Maricopa County Superior Court, State of Arizona, for further proceedings.

    **IT IS FURTHER ORDERED** that the Rule 16 scheduling conference currently set for Friday, September 13, 2013 at 1:30 p.m. is hereby **VACATED**.

    DATED this 5th day of September, 2013.

Lawrence O. Anderson
United States Magistrate Judge